FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2011 JUN -1 AM 11: 08

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Richard H Hartman II
       Plaintiff

vs.

CIVIL ACTION
FILE NO: 8:11-cv-1102-JSM-MAP

Jaffe & Asher, LLP.
Ross B. Hofherr
Henschel & Beinhaker, P.A.
Drew Beinhaker
       Defendants
_____/

## NOTICE OF SUBMISSION OF
## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Richard H. Hartman hereby gives notice of submission of Amended Complaint and Demand for Jury Trial and states:

1. Pursuant to Rule 15 (a)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 4.01, Plaintiff has submitted an Amended Complaint and Demand for Jury Trial to the Court.

2. Plaintiff has provided a copy of the amended pleading to Defendant Jaffe & Asher, LLP., Defendant Ross B. Hofherr, Defendant Henschel & Beinhaker, P.A. and Defendant Drew Beinhaker.

Dated May 31, 2011.

Respectfully submitted,

Richard H. Hartman, Plaintiff

Submitted by:

Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that on the 31st day of May, 2011, I furnished a copy of the forgoing Amended Complaint and Demand for Jury Trial by U.S. Mail to the following Defendants:

Jaffe & Asher, LLP., 600 Third Avenue, New York, NY 10016
Ross B. Hofherr, 600 Third Avenue, New York, NY 10016
Henschel & Beinhaker, P.A., 4060 Sheridan St, Suite C, Hollywood, FL 33021
Drew Beinhaker, 4060 Sheridan St, Suite C, Hollywood, FL 33021

_____
Richard H. Hartman