AO 440 (Rev. 12/09) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

11 JUN 23 AM 10: 35

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| Richard H. Hartman II <br> *Plaintiff* <br> v. <br> Jaffe & Asher, LLP, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 8:11-cv-1102-JSM-MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Drew Beinhaker

4060 Sheridan Street, Suite C  (Business)
Hollywood, FL 33021

1330 West Ave, #1610      (Residence)
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 2 3 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

11 JUN 23 AM 10: 35

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | ) | |
|---|---|---|
| Richard H. Hartman II | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:11-cv-1102-JSM-MAP |
| | ) | |
| Jaffe & Asher, LLP, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Henschel & Beinhaker, P.A.
Drew Beinhaker, Registered Agent
4060 Sheridan Street, Suite C
Hollywood, FL 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 2 3 2011

*Signature of Clerk or Deputy Clerk*