FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2011 JUL 22 AM 11: 43

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Richard H Hartman II
     Plaintiff

vs.

    CIVIL ACTION
    FILE NO: 8:11-cv-1102-JSM-MAP

Jaffe & Asher, LLP.
Ross B. Hofherr
Henschel & Beinhaker, P.A.
Drew Beinhaker
       Defendants,
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLAINTIFF, Richard H. Hartman II hereby gives notice of submission of Notice of Voluntary Dismissal with Prejudice, and states:

1. The parties have reached a mutually agreeable settlement.

2. No Defendant has filed a responsive pleading, motion for summary judgment or counter-claim.

3. Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff Richard H. Hartman respectfully requests the Court dismiss this action in its entirety with Prejudice

Respectfully submitted on July 21, 2011.

_____
Richard H. Hartman, Plaintiff

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I HEREBY CERTIFY that on July 21, 2011, I furnished a copy of the forgoing Motion via U.S. Mail to Phillip S. Howell, attorney for Defendants Jaffe & Asher and Ross Hofherr at 620 E. Twiggs St, Ste 303, Tampa, FL 33602 and to Drew Beinhaker, Esq., C/O Henschel & Beinhaker, P.A., 4060 Sheridan St, Ste C, Hollywood, FL 33021.

Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
Rick@RickHartman.com