**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD H. HARMAN II, *pro se,*

    Plaintiff,

v.                                          Case No.  8:11-cv-1102-T-30MAP

JAFFE & ASHER, LLP, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #10).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 26, 2011.

                                                                    JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1102.dismiss 10.wpd